JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CONCHITA HERNANDEZ,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No.  CV 08-927-GHK (RNB)<br><br>**J U D G M E N T** |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 5/18/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE